In the Matter of the Application of THE CITY OF NEW YORK, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Order granting petitioner's motion for a peremptory order of mandamus, directing defendant to carry Hammersley and Fenton avenues, Bronx, across the right of way of its railroad, in the manner prescribed in the order of the Transit Commission dated July 16, 1931, and at its own expense in accordance with paragraph seventh of section 2 of the franchise grant from the city of New York, dated August 2, 1904, as amended, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ALBERT GODDE BEDIN, INC., Appellant, v. HERMAN BEISPEL, INC., Respondent, for an Order Confirming the Award of the Arbitrators Herein.— Order granting motion of respondent for an order framing a certain issue of fact as to the alleged cancellation of the contract between the parties, dated January 25, 1935, and directing trial of said issue, and holding petitioner's motion to confirm award of arbitration, and cross-motion of said respondent to vacate said award, in abeyance pending determination of said issue, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BLANCHE MARQUIS, Respondent, v. LEONARD J. MARQUIS and VICTOR M. CORTES, Individually and as Copartners, etc., Appellants.— Order, so far as appealed from, granting plaintiff's motion for examination of defendants before trial with respect to items 13 and 14 of the order, and directing the production of books and records, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.